FORM 26. Docketing Statement                                    Form 26 (p. 1)
                                                                July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2024-1523

**Short Case Caption:** Dynamite Marketing, Inc. v. The WowLine, Inc.

**Filing Party/Entity:** Dynamite Marketing, Inc.

> **Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| EDNY | 2:19-cv-03067 | Patent |

**Relief sought on appeal:** ☑ None/Not Applicable

|  |
|---|
|  |

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

| $1,850,000.00 in damages, $1,536,644.27 in attorneys' fee, expert fees, and costs, and $148,673.062 in prejudgment interest for a total award of $3,535,317.33, plus post-judgment interest and a permanent injunction. |
|---|

**Briefly describe the judgment/order appealed from:**

| Willfull patent infringement |
|---|

**Nature of judgment (select one):**      **Date of judgment:** 01/22/2024

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

FORM 26. Docketing Statement                               Form 26 (p. 2)
                                                           July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☐ None/Not Applicable

| 24-1525 - Dynamite Marketing, Inc. v. The WowLine, Inc. |

**Issues to be raised on appeal:**  ☑ None/Not Applicable

Have there been discussions with other parties relating to settlement of this case?

☑ Yes   ☐ No

If "yes," when were the last such discussions?
- ☐ Before the case was filed below
- ☐ During the pendency of the case below
- ☑ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?     ☐ Yes   ☑ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation? ☐ Yes  ☑ No

Explain.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

Date: 03/07/2024          Signature: /s/ Michael Cukor
                          Name: Michael Cukor